MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7017
 Fax:        (415) 436-7009

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GEORGE WOLFF aka GEORGE WILLIAM WOLF; GEORGE WILLIAM WOLFF as TRUSTEE OF THE DICKSMOOR REVOCABLE TRUST; CBSJ FINANCIAL CORP., SAN FRANCISCO COUNTY TAX COLLECTOR; STATE OF CALIFORNIA FRANCHISE TAX BOARD,<br>Defendants. | No. C-11-1579 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT RESPONSE DEADLINE |

## STIPULATION

Plaintiff, United States of America ("Plaintiff") and Defendants, George Wolff a/k/a George William Wolff and George William Wolff as Trustee of the Dicksmoor Revocable Trust ("WOLFF"), by and through their undersigned counsel, stipulate as follows:

1. A Motion For Summary Judgment (DE 19) was filed by Plaintiff on January 27, 2012.

2. That the deadline for Defendant WOLFF to respond to the Motion For Summary Judgment is February 10, 2012.

3. That the parties have negotiated a good faith settlement which is subject to approval from the Plaintiff's authorized official representative and for which approval may not be secured by the deadline of February 10, 2012.

4. The parties' settlement of this matter has been forwarded to the Department of Justice, Tax Division, for its authorization to either accept or reject the proposed settlement agreement. In the event the settlement agreement is approved this matter will be concluded upon prompt compliance with the terms of the settlement agreement.

5. The Plaintiff and Defendant WOLFF hereby agree to extend the deadline for Defendant WOLFF's written response to the Motion For Summary Judgment to February 17, 2012.

Dated: February 9, 2012.

                MELINDA HAAG
                United States Attorney

                /s/
                THOMAS MOORE
                Assistant United States Attorney
                Chief, Tax Division

                Attorneys for the United States

                /s/
                JEFFREY B. KAHN
                Attorney for Defendants
                George William Wolff and
                George William Wolff
                as Trustee of the Dicksmoor Revocable Trust

## **ORDER**

Pursuant to the Stipulation above, the deadline for Defendant WOLFF to respond to the Motion For Summary Judgment in the above captioned matter is extended to February 17, 2012.

February 10, 2012
Dated

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

Stip & [proposed] Order Extending
S/J Response Deadline C-11-1579 JSW       2