MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    Facsimile:  (415) 436-7009
Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE WOLFF aka GEORGE WILLIAM WOLF, et al.,<br><br>    Defendants. | No. CV 11-1579 JSW<br><br>STIPULATION TO SET STATUS CONFERENCE AND [Proposed] ORDER THEREON |

    For the reason that Plaintiff and Defendants, George Wolff aka George William Wolf and George William Wolff, Trustee of the Dicksmoor Revocable Trust, have entered into a settlement agreement, which by its terms will not be fully executed until May 18, 2012, the United States and Defendants, George Wolff aka George William Wolf and George William Wolff, Trustee of the Dicksmoor Revocable Trust, stipulate and agree, through their undersigned counsel, that the United States of America's motion

//
//
//
//
//

for summary judgment is withdrawn.

The United States and Defendants, George Wolff aka George William Wolf and George William Wolff, Trustee of the Dicksmoor Revocable Trust, the San Francisco County Tax Collector, and the State of California Franchise Tax Board, stipulate and agree, through their undersigned counsel, that this matter be scheduled for a status conference on June 8, 2012 at 1:30 p.m.

JEFFERY B. KAHN
Law Offices of Jeffrey B. Kahn, P.C.
Attorney for Defendants
George Wolff aka
George William Wolff, and
George William Wolff,
Trustee of the Dicksmoor Revocable Trust

MELINDA HAAG
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
Attorneys for Plaintiff

DAVID PETER AUGUSTINE
Office of the Treasurer and Tax Collector
Attorney for Defendant
San Francisco County Tax Collector

DAVID LEW
California State Attorney General's
Attorney for Defendant
State of California Franchise Tax Board

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 23, 2012

UNITED STATES DISTRICT JUDGE