MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    Facsimile:  (415) 436-7009
Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 11-1579 JSW |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT STATUS CONFERENCE |
| ) | STATEMENT AND [proposed] |
| GEORGE WOLFF aka GEORGE ) | ORDER |
| WILLIAM WOLF, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Court's request, the parties submit this joint status conference statement to advise the Court of the progress in this case.

1. PROCEEDINGS SINCE THE FEBRUARY 23, 2012, ORDER SCHEDULING THE JUNE 8, 2012 STATUS CONFERENCE

Since the Court ordered the June 6, 2012 status conference, defendant George Wolff complied with the first condition of the settlement agreement between himself and the United States.  Defendant Wolff is in default with the second condition of the settlement agreement.  Under the third condition of the settlement agreement, defendant Wolff must cure the default by September 13, 2012.  Defendant Wolff hopes to cure the default before September 13, 2012.

///

///

2. REQUEST THAT THE STATE OF CALIFORNIA AND SAN FRANCISCO COUNTY BE EXCUSED FROM ATTENDING THE STATUS CONFERENCE AND BE DISMISSED FROM THIS MATTER WITHOUT PREJUDICE

Because the San Francisco County Tax Collector and the State of California Franchise Tax Board are not parties to the settlement and will not take anything in the event defendant Wolff does not cure the default, they asked to be excused from attending the June 8, 2012 status conference and also be dismissed from this action without prejudice.

MELINDA HAAG
United States Attorney

/s/
JEFFERY B. KAHN
Law Offices of Jeffrey B. Kahn, P.C.
Attorney for Defendants
George Wolff aka
George William Wolff, and
George William Wolff,
Trustee of the Dicksmoor Revocable Trust

/s/
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
Attorneys for Plaintiff

/s/
DEBRA LEW
Office of the Treasurer and Tax Collector
Attorney for Defendant
San Francisco County Tax Collector

/s/
DAVID LEW
California State Attorney General's
Attorney for Defendant
State of California Franchise Tax Board

PURSUANT TO STIPULATION, IT IS SO ORDERED that the San Francisco County Tax Collector and the State of California Franchise Tax Board be excused from attending the ~~June 8, 2012~~ status conference and be dismissed from this matter without prejudice. The status conference is CONTINUED to September 21, 2012 at 1:30 p.m. unless a stipulation to dismiss is granted before that time.

Dated: June 6, 2012

_____
UNITED STATES DISTRICT JUDGE