1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   THOMAS MOORE (ALBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
        450 Golden Gate Avenue, Box 36055
4       San Francisco, California 94102-3495
        Telephone: (415) 436-7017
5
    Attorneys for United States of America
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10  UNITED STATES OF AMERICA,          )
                                       )  No. CV 11-1579 JSW
11              Plaintiff,             )
                                       )
12         v.                          )  STIPULATION TO DISMISS AND
                                       )  [proposed] ORDER
13  GEORGE WOLFF, aka GEORGE           )
    WILLIAM WOLFF, et al.,             )
14                                     )
                Defendants.            )
15                                     )
    _____)

16      It is hereby stipulated by and between Plaintiff and the remaining Defendants in this

17  action, George Wolff, aka George William Wolf, and George William Wolff as Trustee

18  of the Dicksmoor Revocable Trust, through their undersigned counsel, that this matter be

19  dismissed with prejudice, each party to bear its own costs and attorneys fees.

20                                        MELINDA HAAG
                                          United States Attorney
21
         /s/                                   /s/
22  JEFFERY B. KAHN                        THOMAS MOORE
    Attorney for Defendants               Assistant United States Attorney
23  George Wolff aka                      Chief, Tax Division
    George William Wolf, and              Attorneys for Plaintiff
24  George William Wolff as Trustee of the
    Dicksmoor Revocable Trust
25

26      PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter be dismissed

27  with prejudice.

28  Dated: September 12, 2012

                                          UNITED STATES DISTRICT JUDGE