MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7017

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE WOLFF, aka GEORGE WILLIAM WOLFF, et al.,<br><br>    Defendants. | No. CV 11-1579 JSW<br><br>STIPULATION TO DISMISS AND [proposed] ORDER |

   It is hereby stipulated by and between Plaintiff and the remaining Defendants in this action, George Wolff, aka George William Wolf, and George William Wolff as Trustee of the Dicksmoor Revocable Trust, through their undersigned counsel, that this matter be dismissed with prejudice, each party to bear its own costs and attorneys fees.

                                            MELINDA HAAG
                                            United States Attorney

/s/                                           /s/
JEFFERY B. KAHN                     THOMAS MOORE
Attorney for Defendants             Assistant United States Attorney
George Wolff aka                      Chief, Tax Division
George William Wolf, and          Attorneys for Plaintiff
George William Wolff as Trustee of the
Dicksmoor Revocable Trust

   PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter be dismissed with prejudice.

Dated: September 12, 2012

                                            *[signature: Jeffrey S. White]*
                                            UNITED STATES DISTRICT JUDGE